```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 20864
   KRISTINA MICHELLE LYNN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5225


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/28/2004 and was confirmed 08/19/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED             9124.10          861.72        9124.10
WELLS FARGO HOME MORTGAG CURRENT MORTG      33653.48             .00       33653.48
WELLS FARGO HOME MORTGAG MORTGAGE ARRE      11001.82             .00       11001.82
AT&T                     UNSECURED         NOT FILED             .00            .00
PRARIE RECEIVABLES INC   UNSECURED            632.24             .00         632.24
CAPITAL ONE BANK         UNSECURED            497.32             .00         497.32
CINGULAR WIRELESS        UNSECURED            351.00             .00         351.00
CONSULTANT IN PATHOLOGY  UNSECURED         NOT FILED             .00            .00
MUTUAL HOSPITAL          UNSECURED         NOT FILED             .00            .00
MUTUAL HOSPITAL          NOTICE ONLY       NOT FILED             .00            .00
CFC FINANCIAL CORPORATIO UNSECURED             56.09             .00          56.09
CFC FINANCIAL CORPORATIO UNSECURED            202.29             .00         202.29
CINGULAR WIRELESS        UNSECURED            243.34             .00         243.34
ILLINOIS DEPT OF REVENUE UNSECURED               .00             .00            .00
UAW FORD LEGAL SERVICE P DEBTOR ATTY             .00                            .00
TOM VAUGHN               TRUSTEE                                           3,244.01
DEBTOR REFUND            REFUND                                              464.04

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              60,331.45

PRIORITY                                            .00
SECURED                                       53,779.40
    INTEREST                                     861.72
UNSECURED                                      1,982.28
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                           3,244.01
DEBTOR REFUND                                    464.04
                                       ---------------  ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 20864 KRISTINA MICHELLE LYNN
```

```
TOTALS                                   60,331.45              60,331.45
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE